# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

BRENDA F. JACKSON, )
 )
                Plaintiff, )
 )
v. ) No. 05-346-S
 )
JO ANNE B. BARNHHART, )
Commissioner Social Security )
Administration, )
 )
                Defendant. )

## ORDER

On June 22, 2006, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. On June 27, 2006, plaintiff filed an objection to those findings.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Secretary's decision be **sustained**. As a result, Plaintiff's exceptions or objections to those Findings and Recommendations are without merit and are **denied**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

       **IT IS SO ORDERED** this 8th day of August, 2006.

                                                Frank H. Seay
                                                United States District Judge
                                                Eastern District of Oklahoma